

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2021

No. 04-20-00522-CV

**FROST BANK**,
Appellant

v.

Steven A. **DAVIS**, M.D., P.A.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI16478
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant filed a Motion to Review Further Trial Court Orders and Motion for Stay. In its motion, appellant requests a stay of the underlying trial court proceedings, including discovery, pending resolution of this appeal. Appellee opposes the requested relief.

After consideration, we **GRANT** appellant's request for a stay and **ORDER** the trial court proceedings, including discovery, **STAYED** pending further order of this court.

It is so **ORDERED** on January 5, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court